UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TEXAS CONTRACT CARPET, INC. | CIVIL ACTION |
| VERSUS | NUMBER 10-186-RET-DLD |
| ECHELON CONSTRUCTION SERVICES, LLC; PERKINS ROWE ASSOCIATES, LLC; PERKINS ROWE ASSOCIATES, II, LLC; JOSEPH T. SPINOSA; TRAVELERS PROPERTY AND CASUALTY CO. OF AMERICA, INC.; AND XYZ INSURANCE COMPANY | |

## ORDER

The court *sua sponte* notes the potential insufficiency of the allegations of the citizenship of defendant, **Perkins Rowe Associates, LLC**, in support of diversity jurisdiction. The citizenship of a limited liability company for diversity purposes is determined by the citizenship of its members. See *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). The citizenship of **Perkins Rowe Associates, LLC** has not been properly provided. The amended corporate disclosure statement (rec. doc 22) states that Perkins Rowe Associates, LLC is a Louisiana limited liability company domiciled in Baton Rouge, Louisiana. The disclosure statement further indicates that its members are Joseph T. Spinosa, The Spinosa Class Trust, and Perkins and Bluebonnett, LLC. The disclosure statement indicates that **Perkins and Bluebonnett, LLC** is a Louisiana limited liability company, domiciled in Baton Rouge, Louisiana, **consisting of either the children or a trust for the children of John Schwegmann**. The disclosure statement does not provide the **citizenship** of the children or the **citizenship** of the trust for the children of John Schwegmann. This is insufficient.

Accordingly,

**IT IS ORDERED** that the defendant, **Perkins Rowe Associates, LLC**, shall file a "notice of citizenship" properly naming all members of the limited liability company, **Perkins and Bluebonnett, LLC**, and alleging each member's citizenship by **March 31, 2011**.

Signed in Baton Rouge, Louisiana, on March 15, 2011.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**